Brian S. Tamsut, No. 322,780 btamsut@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Jonathan P. Pearce, No. 245,776 jpearce@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350

Attorneys for Plaintiff Barkley & Associates, Inc.

**United States District Court**

**Central District of California**

| | |
|---|---|
| DMCA Subpoena to identify Quizlet's users under 17 U.S. Code § 512 | No. 2:25-mc-73<br>REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) |

Pursuant to 17 U.S.C. § 512(h), a provision of the Digital Millennium Copyright Act ("DMCA"), Applicant Barkley & Associates Inc. ("Barkley") hereby requests that the Clerk of this Court issue a subpoena duces tecum directed to Quizlet, Inc. (the "DMCA Subpoena"). Quizlet, Inc. who operates the website https://quizlet.com/ has hosted several users that sell bootlegged versions of Barkley's copyright protected test prep books and exams.

This DMCA Subpoena Request is directed at Quizlet, Inc. ("Quizlet"), and seeks information sufficient to ascertain the true identity of the users selling the bootlegged versions of Barkley's copyright protected material. For a DMCA subpoena to be issued, a copyright owner must satisfy each of the three requirements for issuance of a DMCA subpoena set forth in 17 U.S.C. S 512(h)(2). Applicant Barkley has complied with all of the requirements of Section 512(h)(2), namely: (l) Barkley has filed a takedown notification with Quizlet and attached the notice to this filing (see Exhibit 1 at ¶7, Declaration) (2) Barkley has submitted a proposed subpoena (see Exhibit 2); and (3) A sworn declaration to the effect that the purpose for which the

subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title. (see Exhibit 1 at ¶10, Declaration)

WHEREFORE, pursuant to 17 U.S.C. § 512(h)(4), Barkley respectfully requests that the Clerk of this Court expeditiously issue and sign the proposed subpoena attached hereto as Exhibit 2 and return it to the undersigned counsel for service on Quizlet.

July 24, 2025

/s/ *Brian Tamsut*
Brian Tamsut
SoCal IP Law Group LLP

Attorneys for Barkley & Associates, Inc.