# Exhibit 1


Outlook

**Urgent DMCA Demand Barkley and Associates [Matter No. B314.L23A17]**

From  Brian Tamsut <btamsut@socalip.com>
Date  Wed 7/9/2025 5:37 PM
To    Support <dmca@quizlet.com>
Cc    Anneliese Lomonaco <alomonaco@socalip.com>

Dear Designated Agent,

This letter is an official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"). To comply with § 512, you must remove my client's copyright protected content found at the following links:

https://quizlet.com/990620027/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/990640993/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/711585260/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/780646923/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/911662869/fnp-barkley-certification-exam-flash-cards/
https://quizlet.com/990691915/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/717478102/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/820995069/ag-acnp-barkley-review-2022-flash-cards/
https://quizlet.com/719235364/agacnp-barkley-review-combined-flash-cards/
https://quizlet.com/969496955/ancc-agacnp-barkley-review-2024-flash-cards/
https://quizlet.com/67783050/ag-acnp-barkely-culture-flash-cards/
https://quizlet.com/832932280/barkley-neuro-flash-cards/
https://quizlet.com/786758252/barkley-labs-to-know-phrases-formulas-flash-cards/
https://quizlet.com/767479142/barkley-chapter-20-sexually-transmitted-infections-flash-cards/
https://quizlet.com/990603958/barkley-agacnp-2024-flash-cards/
https://quizlet.com/990673333/agacnp-barkley-review-antibiotics-flash-cards/
https://quizlet.com/992241726/agacnp-barkley-review-common-problems-flash-cards/
https://quizlet.com/770229475/agacnp-barkley-and-fitzgerald-ancc-review-flash-cards/
https://quizlet.com/972185628/ancc-agacnp-barkley-review-flash-cards/
https://quizlet.com/932168074/agacnp-barkley-review-combined-flash-cards/
https://quizlet.com/988362453/barkley-boards-review-flash-cards/
https://quizlet.com/176397165/cd-1-issues-trends-and-health-policy-barkley-review-flash-cards/
https://quizlet.com/907358355/barkley-board-must-knows-flash-cards/
https://quizlet.com/813114539/barkley-endocrine-values-review-flash-cards/
https://quizlet.com/935175411/barkley-pulmonary-pna-tx-flash-cards/
https://quizlet.com/795885153/barkley-exam-3-older-adults-flash-cards/
https://quizlet.com/786168009/barkley-practice-issues-3-professional-responsibility-flash-cards/
https://quizlet.com/990644162/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/981475074/barkley-common-problems-in-acute-care-flash-cards/
https://quizlet.com/991660641/in-class-review-i-barkley-flash-cards/
https://quizlet.com/973379842/barkley-review-guide-flash-cards/
https://quizlet.com/962862813/barkley-review-hematologic-disorders-flash-cards/
https://quizlet.com/989005524/barkley-boards-exam-review-peds-flash-cards/
https://quizlet.com/985200906/barkley-pmhnp-cert-review-flash-cards/
https://quizlet.com/160077455/barkley-fitzgerald-leik-peds-review-immun-flash-cards/
https://quizlet.com/711352493/barkley-certification-review-psychoimmunology-flash-cards/
https://quizlet.com/867886716/barkley-ethicallegal-issues-flash-cards/
https://quizlet.com/822151020/barkley-boards-review-adults-flash-cards/
https://quizlet.com/932667449/diagnosis-and-management-of-gastrointestinal-disorders-barkley-review-flash-cards/
https://quizlet.com/819278112/barkley-abx-review-flash-cards/
https://quizlet.com/972884779/barkleys-pncb-review-flash-cards/
https://quizlet.com/931799743/pcp-pc-exam-barkley-review-key-points-flash-cards/
https://quizlet.com/930631479/barkley-review-common-problems-in-acute-care-p1-flash-cards/
https://quizlet.com/975806234/tiffenys-comprehensive-aanp-review-leikbarkleyfitzgerald-pt-1-flash-cards/
https://quizlet.com/512436776/comprehensive-aanp-review-leikbarkleyfitzgerald-pt-3-printed-from-tiffenywade-flash-cards/
https://quizlet.com/gb/883642907/comprehensive-aanp-review-leikbarkleyfitzgerald-pt-4-womenpregnancychildbirthpeds-flash-cards/
https://quizlet.com/878290641/comprehensive-aanp-review-leikbarkleyfitzgerald-pt-4-womenpregnancychildbirthpeds-flash-cards/
https://quizlet.com/979877026/pmhnp-practicum-1-barkley-flash-cards/
https://quizlet.com/981041379/barkley-3p-flash-cards/
https://quizlet.com/980599186/barkley-3p-flash-cards/
https://quizlet.com/783964996/barkley-ch2-genetics-flash-cards/
https://quizlet.com/924836751/pnp-barkley-chapter-2-growth-development-flash-cards/
https://quizlet.com/809374859/pnp-cv-barkley-video-9-flash-cards/
https://quizlet.com/998953399/barkley-review-questions-flash-cards/
https://quizlet.com/925293097/cardiac-barkley-flash-cards/
https://quizlet.com/923786556/barkley-questions-flash-cards/
https://quizlet.com/798637857/barkley-contraceptive-flash-cards/
https://quizlet.com/159974612/barkleys-model-of-adhd-flash-cards/
https://quizlet.com/793377839/barkley-exam-content-flash-cards/

https://quizlet.com/350016118/psy-1001-final-barkley-flash-cards/
https://quizlet.com/864866436/barkley-must-knows-flash-cards/
https://quizlet.com/965710975/barkley-cardiac-flash-cards/
https://quizlet.com/580050916/heart-sounds-murmurs-barkley-flash-cards/
https://quizlet.com/546349326/psy-1001-final-barkley-flash-cards/
https://quizlet.com/721287539/barkley-3p-flash-cards/
https://quizlet.com/708451587/barkley-practice-issuesethical-and-legal-principles-flash-cards/
https://quizlet.com/44637068/barkley-2012-adult-np-all-flashcards/
https://quizlet.com/702283798/barkley-ch-11-practice-issues-part-2-flash-cards/
https://quizlet.com/176678001/barkley-chpt-15-neurological-issues-and-disorders-flash-cards/
https://quizlet.com/754497725/psy-1001-final-barkley-flash-cards/
https://quizlet.com/265564051/respiratory-disorders-copd-ards-barkley-flash-cards/
https://quizlet.com/782767702/view-screen?redir=%2F782767702%2Fbarkley-health-assessment-pre-test-study-flash-cards
https://quizlet.com/210790303/barkley-practice-issues-trends-health-policy-flash-cards/
https://quizlet.com/67820690/np-cv-flash-cards/
https://quizlet.com/867805814/complete-barkley-review-flash-cards/
https://quizlet.com/1000234566/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/1002070835/barkley-review-chapter-2-agnp-flash-cards/
https://quizlet.com/755102001/adn-127-vsim-ariel-barkley-flash-cards/
https://quizlet.com/980622827/barkley-3p-flash-cards/
https://quizlet.com/1003641879/barkley-respiratory-disorders-flash-cards/
https://quizlet.com/716641085/musculoskeletal-disorders-barkley-flash-cards/
https://quizlet.com/54279324/pmhnp-dsm-diagnostic-criteria-flash-cards/
https://quizlet.com/920384482/adn-127-vsim-ariel-barkley-flash-cards/
https://quizlet.com/512601806/barkley-common-problemsculturerisk-flash-cards/
https://quizlet.com/794246378/tom-richardson-tim-jones-sarah-getts-ruth-cummings-preston-wright-mary-barkley-lithia-monson-john-davis-chanthavy-chhet-ann-rails-charlie-raym
https://quizlet.com/927472747/barkley-study-guide-flash-cards/
https://quizlet.com/152115452/barkley-anti-parkinsonian-drugs-flash-cards/
https://quizlet.com/809978264/eent-barkley-video-19-flash-cards/
https://quizlet.com/930888153/barkley-key-points-flash-cards/
https://quizlet.com/859217531/developmental-psychology-final-barkley-flash-cards/
https://quizlet.com/867338390/barkley-hemeonc-flash-cards/
https://quizlet.com/923079232/barkley-risk-assessment-flash-cards/
https://quizlet.com/975895387/depression-barkleys-flash-cards/
https://quizlet.com/905187594/exam-3-vent-management-barkley-flash-cards/
https://quizlet.com/917686869/heent-barkley-chapter-12-flash-cards/
https://quizlet.com/840136403/developmental-psychology-midterm-barkley-flash-cards/
https://quizlet.com/839537386/developmental-psychology-ch-1-6-barkley-flash-cards/
https://quizlet.com/778709741/barkleys-model-of-behavioral-inhibition-adhd-flash-cards/
https://quizlet.com/955071955/barkley-renal-flash-cards/
https://quizlet.com/818404372/barkley-hematologiconcologic-disroders-flash-cards/
https://quizlet.com/gb/798427719/pre-adult-brain-development-barkley-levenson-flash-cards/
https://quizlet.com/908148811/exam-3-vent-management-barkley-flash-cards/
https://quizlet.com/866525105/barkley-must-knows-for-ethical-and-legal-principles-flash-cards/
https://quizlet.com/gb/829790685/pre-adult-brain-dev-barkley-levenson-2-evaluation-flash-cards/
https://quizlet.com/997592248/barkley-cultural-considerations-practice-issues-and-ethical-and-legal-principles-sm-professional-role-flash-cards/
https://quizlet.com/988879605/11-herbal-agents__ba-review-flash-cards/
https://quizlet.com/984834670/fluid-electrolyte-and-acid-base-imbalances-barkley-flash-cards/
https://quizlet.com/812700416/barkley-common-problems-in-acute-care-pt-1-flash-cards/
https://quizlet.com/962314885/adv-gero-exam-4-flash-cards/
https://quizlet.com/948557950/study-guide-for-test-1-with-an-emphasis-on-mash-and-barkley-chapter-1-flash-cards/
https://quizlet.com/1026689780/barkley-3p-flash-cards/
https://quizlet.com/1039120306/fnp-barkley-certification-exam-flash-cards/
https://quizlet.com/1032744372/fnp-barkley-certification-exam-flash-cards/
https://quizlet.com/1031961795/fnp-barkley-certification-exam-flash-cards/
https://quizlet.com/1025859805/barkley-misc-flash-cards/
https://quizlet.com/1013205349/barkley-3ps-review-flash-cards/
https://quizlet.com/1037777801/barkley-3p-flash-cards/
https://quizlet.com/1036771752/barkley-3p-flash-cards/
https://quizlet.com/1033237043/barkley-3p-flash-cards/
https://quizlet.com/1035642251/barkley-3p-flash-cards/
https://quizlet.com/1029520108/barkley-3p-flash-cards/
https://quizlet.com/1026604322/barkley-3p-flash-cards/
https://quizlet.com/1030516295/barkley-3p-flash-cards/
https://quizlet.com/1026731388/barkley-3p-flash-cards/
https://quizlet.com/998080539/barkley-3ps-review-flash-cards/
https://quizlet.com/1037791854/barkley-3p-2025-complete-exam-test-questions-and-verified-answers-top-rated-version-for-2025-multiple-choices-and-rationalesget-it-100-accurate
https://quizlet.com/1028395126/barkley-3p-2025-complete-exam-test-questions-and-verified-answers-top-rated-version-for-2025-multiple-choices-and-rationalesget-it-100-accurate
https://quizlet.com/1022090325/barkley-3p-2025-complete-exam-test-questions-and-verified-answers-top-rated-version-for-2025-multiple-choices-and-rationalesget-it-100-accurate
https://quizlet.com/1033133430/barkley-drt-flash-cards/
https://quizlet.com/1038815567/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1038705050/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1034747645/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1033735276/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1033172874/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1033276708/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1027107341/barkley-pnp-drt-2-flash-cards/

https://quizlet.com/1032132614/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1032433993/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1031735075/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1033197715/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1027056483/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1027130394/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1032572435/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1031371021/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/1031969405/ancc-agacnp-barkley-review-flash-cards/
https://quizlet.com/922418080/barkley-pmhnp-flash-cards/
https://quizlet.com/1037141710/pmhnp-practicum-1-barkley-flash-cards/
https://quizlet.com/1018800714/barkley-flash-cards/
https://quizlet.com/1038975373/barkley-modules-flash-cards/
https://quizlet.com/1022440496/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/1039977873/peds-gu-barkley-flash-cards/
https://quizlet.com/1029602316/barkley-study-flash-cards/
https://quizlet.com/907554413/ancc-barkley-flash-cards/
https://quizlet.com/1003300000/barkley-prep-values-and-formulas-flash-cards/
https://quizlet.com/1012849094/barkley-pnp-cardiac-derm-some-gi-some-g-and-d-flash-cards/
https://quizlet.com/1036809303/barkley-prep-values-and-formulas-flash-cards/
https://quizlet.com/1023838280/agacnp-barkley-review-combined-flash-cards/
https://quizlet.com/926168320/hemeonc-barkleys-flash-cards/
https://quizlet.com/1030499207/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1032865166/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1030617927/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1030777889/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1030400344/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1032659488/agacnp-barkley-review-key-medical-concepts-and-treatments-flash-cards/
https://quizlet.com/815624151/barkley-lower-respiratory-disorders-flash-cards/
https://quizlet.com/1021170053/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/1017728082/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/nl/937337121/psy-1001-final-barkley-flash-cards/
https://quizlet.com/1022323676/barkley-common-problems-in-acute-care-part-1-flash-cards/
https://quizlet.com/916269114/barkley-must-knows-copy-from-cruelladevill3-flash-cards/
https://quizlet.com/693153532/ag-acnp-barkley-review-flash-cards/
https://quizlet.com/1040930612/barkley-review-capstone-pre-test-flash-cards/
https://quizlet.com/1042336779/barkley-3p-flash-cards/
https://quizlet.com/1042068861/barkley-3p-exam-questions-and-answers-2025-update-flash-cards/
https://quizlet.com/1047015007/barkley-pnp-drt-2-test-2025-newest-exam-currently-testing-complete-exam-questions-with-detailed-verified-answers-100-correct-answers-a-study-
https://quizlet.com/946970386/child-pathology-test-1-mash-and-barkley-chapter-1-flash-cards/
https://quizlet.com/1044940335/barkley-review-flash-cards/
https://quizlet.com/1044557009/ancc-agacnp-barkley-review-flash-cards/
https://quizlet.com/1043639804/barkley-cardiology-review-flash-cards/
https://quizlet.com/1045145387/agacnp-barkley-review-combined-flash-cards/
https://quizlet.com/1048287082/comprehensive-ancc-agacnp-barkley-review-flash-cards/
https://quizlet.com/1046282129/barkley-3ps-review-flash-cards/
https://quizlet.com/1042585170/ancc-agacnp-barkley-review-2024-flash-cards/
https://quizlet.com/1044363307/barkley-3ps-review-flash-cards/
https://quizlet.com/1044200149/barkley-3ps-review-flash-cards/
https://quizlet.com/1044591589/ag-acnp-barkley-review-2022-flash-cards/
https://quizlet.com/1047074080/barkley-pmhnp-cert-review-flash-cards/
https://quizlet.com/1046350544/barkley-agac-np-board-review-pulmonology-flash-cards/
https://quizlet.com/1043058489/barkley-3p-flash-cards/
https://quizlet.com/1043277415/barkley-pmhnp-certified-exampractises-questions-and-correct-choices-202425-flash-cards/
https://quizlet.com/1047656782/barkley-3p-flash-cards/
https://quizlet.com/1044888428/barkley-3p-flash-cards/
https://quizlet.com/1047398102/barkley-3p-flash-cards/
https://quizlet.com/1046332162/barkley-3p-2025-exam-multiple-choices-and-rationales-question-and-answers-100-correct-2025-flash-cards/
https://quizlet.com/1043964007/barkley-3p-2025-exam-multiple-choices-and-rationales-question-and-answers-100-correct-2025-flash-cards/
https://quizlet.com/1048796641/pmhnp-practicum-1-barkley-flash-cards/
https://quizlet.com/1042613882/pmhnp-practicum-1-barkley-flash-cards/
https://quizlet.com/692961478/psych-barkley-flash-cards/
https://quizlet.com/1044325732/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/study-guides/barkley-review-2-c4427728-adea-4f98-a30e-45cca07a66f3
https://quizlet.com/1048631453/barkley-chapter-review-flash-cards/
https://quizlet.com/909511399/ag-acnp-barkley-flash-cards/
https://quizlet.com/nl/1049452899/barkley-pmhnp-barkley-pmhnp-cert-review-barkley-pmhnp-practicum-1-exam-latest-exam-sets-525-actual-exam-questions-with-verified-answer
https://quizlet.com/1027071106/barkley-pnp-drt-2-flash-cards/
https://quizlet.com/nl/1051598170/barkley-pnp-drt-2-exam-newest-exam-2025-all-questions-and-correct-answers-graded-a-verified-answers-latest-version-just-released-flash-cards
https://quizlet.com/1051779649/barkley-pnp-drt-2-exam-newest-exam-2025-all-questions-and-correct-answers-graded-a-verified-answers-latest-version-just-released-flash-cards/
https://quizlet.com/1042853106/barkley-pnp-drt-2-exam-newest-exam-2025-all-questions-and-correct-answers-graded-a-verified-answers-latest-version-just-released-flash-cards/
https://quizlet.com/1052515263/barkley-flash-cards/
https://quizlet.com/1051760467/barkley-3p-flash-cards/
https://quizlet.com/1051383076/barkley-review-flash-cards/
https://quizlet.com/1050387940/ag-acnp-barkley-review-flash-cards
https://quizlet.com/1051062404/barkley-pg-329-340-flash-cards/
https://quizlet.com/1050105718/ag-acnp-barkley-review-flash-cards/

I seek the removal of the infringing material found at Quizlet. Please take note as a service provider, the Digital Millennium Copyright Act requires you to remove the in

**1. Specification of Copyrighted Content.**

My client owns the copyright in all text, textbook, notes, diagrams, and questions contained in the Barkley and Associates Inc. copyright registrations. To see the origina

For a sampling of my client's copyright registrations please review the following at the US Copyright Office:

| Title | US Copyright No. |
|---|---|
| Adult-Gerontology Acute Care Nurse Practitioner ACNP | TX0008198957 |
| Adult-Gerontology Primary Care Nurse Practitioner AGPCNP | TX0008198960 |
| Pediatric Primary Care Nurse Practitioner PNP | TX0008198960 |
| Psychiatric Mental Health Nurse Practitioner PMHNP | TX0008199468 |
| Women's Health Care Nurse Practitioner WHNP | TX0008204759 |
| Family Nurse Practitioner | TX0008204763 |
| Emergency Nurse Practitioner ENP | TX0008891069 |
| Adult-Gerontology Acute Care Nurse Practitioner Audio Recordings | SR881728 |
| Adult-Gerontology Primary Care Nurse Practitioner Audio Recordings | SR881-483 |
| Pediatric Primary Care Nurse Practitioner Audio Recordings | SR880376 |
| Psychiatric Mental Health Nurse Practitioner Audio | SR881727 |

| | |
|---|---|
| Recordings | |
| Family Nurse Practitioner Audio Recordings | SR880380 |
| Women's Health Care Nurse Practitioner Audio Recordings | SR881545 |
| Emergency Nurse Practitioner Audio Recordings | SR881735 |

**2. Location of Infringing Material.**

My client's copyrighted materials are currently being hosted by your website in the above mentioned links.

**3. Contact Information for the Complaining Party**

Brian Tamsut (attorney representing Barkley & Associates Inc.)
310 N Westlake Blvd STE 120, Westlake Village, CA 91362
btamsut@socalip.com

**4. Good Faith Statement.**

I Brian Tamsut have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. I have thi

**5. Statement Under Perjury.**

I Brian Tamsut state, under penalty of perjury, that the information in the notification is accurate and that the complaining party is authorized to act on behalf of the copy

**6. Signature**

/Brian Tamsut/
*Attorney*
**SoCal IP**
**Law Group LLP**
310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362
1332 Anacapa St., Suite 201 Santa Barbara, CA 93101
P +1 (805) 267-2265|
www.socalip.com
btamsut@socalip.com

CONFIDENTIAL.  This email message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed

a