# Exhibit 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In re Application of Barkley & Associates Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:25-mc-73 |
| Quizlet Inc. ) | |
| ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Quizlet, Inc. c/o INCORPORATING SERVICES, LTD.
3500 South DuPont Hwy, Dover, DE 19901

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: 310 N Westlake Blvd STE 120, Westlake Village, CA 91362 | Date and Time: 08/24/2025 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Barkley & Associates, Inc., a California Corporation , who issues or requests this subpoena, are:
Brian Tamsut, 310 N Westlake Blvd Suite 120, Westlake Village, CA 91362, btamsut@socalip.com, (805) 230-1350

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-mc-73

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT A

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

To the Responding Party and to its attorney of record:

Barkley & Associates, Inc. demands that you produce and permit the inspection and copying by or on behalf of itself and/or tangible things in definitions and categories described below:

1. "Barkley" means plaintiff Barkley & Associates, Inc.

2. "Quizlet, Inc.," "Quizlet," "Defendant," "You," or "Your," refer to Defendant Quizlet, Inc., its parents, subsidiaries, divisions, successors, affiliates, including any present or former officers or directors, trustees, employees, agents, representatives, attorneys, or all other people acting or purporting to act on its behalf.

3. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

4. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

5. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, You must translate the ESI to make it understandable to Barkley.

6. "Lawsuit" means this underlying lawsuit, Barkley & Associates, Inc. v. Quizlet, Inc., et al., United States District Court Central District of California, No. 2:24-cv-05964 WLH(Ex).

7. This request is limited to documents between January 1, 2016 and the present date.

8. Insofar as a document request asks for a document showing information

1   about Quizlet seller or supplier, and You have documents showing different
2   information for the seller or supplier, you must product documents showing the dif-
3   ferent information.
4       9. If a document requested to be produced also has contact information about
5   an End User, you must produce documents showing that information.
6       10. If a document request seeks documents about the contact information for
7   person/entity, you must show the name, address (street address, city, state and ZIP
8   code), email address and telephone number of that person/entity and if that person or
9   entity is not a United States resident, provide a document showing as complete for-
10  eign address you have.

**REQUEST FOR DOCUMENTS OR THINGS**

For each of the users listed in Schedule A Barkley hereby requests documents that show:

1. The full legal name;
2. Email address;
3. Telephone number;
4. Home and billing address.

Schedule A

mallorymcgee97
erin_congleton8
lauren_cellini3
rogersclay
randitjheld
samanthaapinoo
krystal_michelle8
dirty_sar
dnp_rrt_medic
rozaggs
lorenze462
ashley_mcpherson6

ashlong3
nandirmrz
bonniebunnni
Karen_Taylor274
bsimm13
Magarcia214
Rosie_Cruz3
Roberto_Kuria
Ltellis8441
briana_mucklow
Annemarie_Tutor
hemodynamix
ccancino19956
Kemps05
kaylad1331
ssanjorge
makroe0959
fanfan_han
kay_kitty_socorro
alicia_swindler2
Michelle_Powers53
Maggie_Mwai
skostan
rlb275
Gordon217
Melissa_Moore723
jgarc144
Allie_Carter19
palaharvard
Melissa_Kucukarslan7
mgmuller95
bluesonem
Crhiannonj82
PATRICK_MAINA1
ramvmallari
lacrosse8768
roselinemonde20
Jane_Theuri
thediddy_kong
gabie_jones12
stacimiddleton

| | |
|---|---|
| 1 | Allison_Kroll |
| 2 | allyrosenberg10 |
|   | hmartin014 |
| 3 | pandinhaexpress |
|   | molly_nelson44 |
| 4 | nurse_girl |
| 5 | johny_boi1 |
|   | CruellaDevill3 |
| 6 | ambp |
| 7 | trish_gill_allmon |
|   | hopesumandea |
| 8 | m22r25cnmf |
| 9 | mthompson4867 |
|   | Mariette_Franklin |
| 10 | Devon_Miller20 |
| 11 | Jennifer_Gonzales |
|    | Eliana6855 |
| 12 | josh_brown34 |
| 13 | TMZ777 |
|    | keeganwood |
| 14 | skb488 |
| 15 | Yasmin_Franco5 |
|    | samantha_luttrell |
| 16 | dalimar_rodriguez3 |
| 17 | jamielynnelliott |
|    | karimikelvin92 |
| 18 | DBSk7 |
| 19 | LJewelsAPN |
|    | Carole_Wilkinson |
| 20 | s_silvis |
| 21 | casey_baine1 |
|    | kit_kat_k8 |
| 22 | Rcheshire |
| 23 | srg3880 |
|    | ashleyrnelson7 |
| 24 | erinwhitehorne |
| 25 | brookerackley13 |
|    | Lindsay_Cerchio2 |
| 26 | micaelawest1 |
| 27 | StudyBuddyNPC |
|    | chloekemp7 |
| 28 | |

| | |
|---|---|
| 1 | Tamirm97 |
| | betsybennett03 |
| 2 | emcmahan2 |
| 3 | Maya_C60 |
| | sfscoggins |
| 4 | coruma1 |
| 5 | eleanormayfield |
| | kathryn_oelfke |
| 6 | krista_scott8 |
| 7 | eleanordoody_ |
| | lreames |
| 8 | brandy_teague7 |
| 9 | gwAPO1925 |
| | Grace_Solipaca |
| 10 | ajorda52 |
| 11 | Ben_Erickson41 |
| | nelson_muriithi5 |
| 12 | amos_Blackfire |
| 13 | SIRANTOS |
| | Emily_Wambura |
| 14 | mvelez9982 |
| 15 | tibby_25 |
| | ryancoryan4326 |
| 16 | amanda_weiss9 |
| 17 | kanutabz82 |
| | Jon_Valderrama |
| 18 | Hn-ndirangu |
| 19 | frankoriama |
| | bancymuthoni885 |
| 20 | Dennoh_K |
| 21 | courtneycaputoo |
| | gichuki75 |
| 22 | denniswambui150 |
| 23 | francis_thuo |
| | lopachinski |
| 24 | Mose003 |
| 25 | gradeboost77 |
| | IAN068018 |
| 26 | trinanjeri0 |
| 27 | Amos_Kiragu |
| | Daniel_Gichobi |
| 28 | |

| | |
|---|---|
| 1 | yob98mk |
| | edson_209 |
| 2 | jamesmuthomi64 |
| | jwirrie |
| 3 | Moureen_Karimi |
| 4 | karimiwilliam69 |
| | Zawadi182 |
| 5 | waciramwangi246 |
| 6 | Wilfred_Mburu4 |
| | Yamabolt |
| 7 | Gianinne_Alvarez3 |
| 8 | shanique_coke |
| | karceneaux2 |
| 9 | Taylor_Culley28 |
| 10 | Abby_Kolbow8 |
| | Ellen_Martini4 |
| 11 | anyarangel |
| 12 | jdcallaghan12 |
| | klmazza12 |
| 13 | Emily_Malfitano8 |
| 14 | alexandra_ecker |
| | xgrmmtnhr54 |
| 15 | Rebecca_DeTeresa |
| 16 | moureen_wanjohi |
| | Kylian1398 |
| 17 | Wanyeki_Dan |
| 18 | edu_findrantez7 |
| | joyce_wambugu18 |
| 19 | Averie_Fuller52 |
| 20 | JackiB96 |
| | Adn2017Tif |
| 21 | Stefani_Cain |
| 22 | Phinta |
| | djjbb96 |
| 23 | lorilynn1190 |
| 24 | torishae1 |
| | Miriamkim33 |
| 25 | Kyalokyema |
| 26 | jdec44 |
| | Alex_Kamau45 |
| 27 | Dani_Cummings3 |
| 28 | |

| | |
|---|---|
| 1 | jaclynes14 |
| 2 | nrdilly |
|   | irene_ung9 |
| 3 | user9832 |
|   | awesomeTrinityLo |
| 4 | annacfay7 |
|   | John_Matha |
| 5 | Marquita_Mckissick |
| 6 | katiegoodwinart |
|   | Cara85340 |
| 7 | denis_kinyua5 |
| 8 | maggie_loibl |
|   | faith_rivers_bolding |
| 9 | Kagwirah_Ke |
| 10 | Putin_Mee |
|   | cheruharriss |
| 11 | Lillohmwai |
| 12 | jasonmitcham8 |
|   | newton591 |
| 13 | Mudryk_gotyou |
| 14 | Daniel_Bundi8 |
|   | leanna7897 |
| 15 | hellodocs |
| 16 | Brianna_Whitehead5 |
|   | crchris2 |
| 17 | annwambui3932 |
| 18 | Mwikuua |
|   | Jay_Son16 |
| 19 | alvinburtoncda |
| 20 | upgrade73 |
|   | quizlette53336876 |
| 21 | allenjillian12 |
| 22 | userhelperi |
|   | sb8379 |
| 23 | nmdonaTI |
| 24 | sofiterry |
|   | davong18_lawstuff |
| 25 | |
| 26 | |
| 27 | |
| 28 | |