# Exhibit 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▾

| | |
|---|---|
| In re Application of Barkley & Associates Inc. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Quizlet Inc. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No. 2:25-mc-73 -UA

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Quizlet, Inc. c/o INCORPORATING SERVICES, LTD.
3500 South DuPont Hwy, Dover, DE 19901

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: 310 N Westlake Blvd STE 120, Westlake Village, CA 91362 | Date and Time: 08/24/2025 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    7/ 25/2025

_CLERK OF COURT_

S. Hunt

_____          OR          _____
_Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
Barkley & Associates, Inc., a California Corporation _____, who issues or requests this subpoena, are:
Brian Tamsut, 310 N Westlake Blvd Suite 120, Westlake Village, CA 91362, btamsut@socalip.com, (805) 230-1350

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-mc-73

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT A**

**REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

To the Responding Party and to its attorney of record:

Barkley & Associates, Inc. demands that you produce and permit the inspection and copying by or on behalf of itself and/or tangible things in definitions and categories described below:

1. "Barkley" means plaintiff Barkley & Associates, Inc.

2. "Quizlet, Inc.," "Quizlet," "Defendant," "You," or "Your," refer to Defendant Quizlet, Inc., its parents, subsidiaries, divisions, successors, affiliates, including any present or former officers or directors, trustees, employees, agents, representatives, attorneys, or all other people acting or purporting to act on its behalf.

3. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

4. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

5. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, You must translate the ESI to make it understandable to Barkley.

6. "Lawsuit" means this underlying lawsuit, Barkley & Associates, Inc. v. Quizlet, Inc., et al., United States District Court Central District of California, No. 2:24-cv-05964 WLH(Ex).

7. This request is limited to documents between January 1, 2016 and the present date.

8. Insofar as a document request asks for a document showing information

about Quizlet seller or supplier, and You have documents showing different information for the seller or supplier, you must product documents showing the different information.

9. If a document requested to be produced also has contact information about an End User, you must produce documents showing that information.

10. If a document request seeks documents about the contact information for person/entity, you must show the name, address (street address, city, state and ZIP code), email address and telephone number of that person/entity and if that person or entity is not a United States resident, provide a document showing as complete foreign address you have.

### REQUEST FOR DOCUMENTS OR THINGS

For each of the users listed in Schedule A Barkley hereby requests documents that show:

1. The full legal name;

2. Email address;

3. Telephone number;

4. Home and billing address.

### Schedule A

mallorymcgee97
erin_congleton8
lauren_cellini3
rogersclay
randitjheld
samanthaapinoo
krystal_michelle8
dirty_sar
dnp_rrt_medic
rozaggs
lorenze462
ashley_mcpherson6

1          ashlong3
         nandirmrz

2          bonniebunnni

3          Karen_Taylor274
         bsimm13

4          Magarcia214

5          Rosie_Cruz3
         Roberto_Kuria

6          Ltellis8441

7          briana_mucklow
         Annemarie_Tutor

8          hemodynamix

9          ccancino19956
         Kemps05

10         kaylad1331

11         ssanjorge
         makroe0959

12         fanfan_han

13         kay_kitty_socorro
         alicia_swindler2

14         Michelle_Powers53

15         Maggie_Mwai
         skostan

16         rlb275

17         Gordon217
         Melissa_Moore723

18         jgarc144

19         Allie_Carter19
         palaharvard

20         Melissa_Kucukarslan7

21         mgmuller95
         bluesonem

22         Crhiannonj82

23         PATRICK_MAINA1
         ramvmallari

24         lacrosse8768

25         roselinemonde20
         Jane_Theuri

26         thediddy_kong

27         gabie_jones12
         stacimiddleton

28

Allison_Kroll
allyrosenberg10
hmartin014
pandinhaexpress
molly_nelson44
nurse_girl
johny_boi1
CruellaDevill3
ambp
trish_gill_allmon
hopesumandea
m22r25cnmf
mthompson4867
Mariette_Franklin
Devon_Miller20
Jennifer_Gonzales
Eliana6855
josh_brown34
TMZ777
keeganwood
skb488
Yasmin_Franco5
samantha_luttrell
dalimar_rodriguez3
jamielynnelliott
karimikelvin92
DBSk7
LJewelsAPN
Carole_Wilkinson
s_silvis
casey_baine1
kit_kat_k8
Rcheshire
srg3880
ashleyrnelson7
erinwhitehorne
brookerackley13
Lindsay_Cerchio2
micaelawest1
StudyBuddyNPC
chloekemp7

Tamirm97
betsybennett03
emcmahan2
Maya_C60
sfscoggins
coruma1
eleanormayfield
kathryn_oelfke
krista_scott8
eleanordoody_
lreames
brandy_teague7
gwAPO1925
Grace_Solipaca
ajorda52
Ben_Erickson41
nelson_muriithi5
amos_Blackfire
SIRANTOS
Emily_Wambura
mvelez9982
tibby_25
ryancoryan4326
amanda_weiss9
kanutabz82
Jon_Valderrama
Hn-ndirangu
frankoriama
bancymuthoni885
Dennoh_K
courtneycaputoo
gichuki75
denniswambui150
francis_thuo
lopachinski
Mose003
gradeboost77
IAN068018
trinanjeri0
Amos_Kiragu
Daniel_Gichobi

| | DMCA Subpoena to identify Quizlet's Users | 5 | Barkley & Assoc. v. Quizlet. No.: 2:25-mc-73 |
|---|---|---|---|

yob98mk
edson_209
jamesmuthomi64
jwirrie
Moureen_Karimi
karimiwilliam69
Zawadi182
waciramwangi246
Wilfred_Mburu4
Yamabolt
Gianinne_Alvarez3
shanique_coke
karceneaux2
Taylor_Culley28
Abby_Kolbow8
Ellen_Martini4
anyarangel
jdcallaghan12
klmazza12
Emily_Malfitano8
alexandra_ecker
xgrmmtnhr54
Rebecca_DeTeresa
moureen_wanjohi
Kylian1398
Wanyeki_Dan
edu_findrantez7
joyce_wambugu18
Averie_Fuller52
JackiB96
Adn2017Tif
Stefani_Cain
Phinta
djjbb96
lorilynn1190
torishae1
Miriamkim33
Kyalokyema
jdec44
Alex_Kamau45
Dani_Cummings3

DMCA Subpoena to identify Quizlet's
Users

6

Barkley & Assoc. v. Quizlet.
No.: 2:25-mc-73

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

jaclynes14
nrdilly
irene_ung9
user9832
awesomeTrinityLo
annacfay7
John_Matha
Marquita_Mckissick
katiegoodwinart
Cara85340
denis_kinyua5
maggie_loibl
faith_rivers_bolding
Kagwirah_Ke
Putin_Mee
cheruharriss
Lillohmwai
jasonmitcham8
newton591
Mudryk_gotyou
Daniel_Bundi8
leanna7897
hellodocs
Brianna_Whitehead5
crchris2
annwambui3932
Mwikuua
Jay_Son16
alvinburtoncda
upgrade73
quizlette53336876
allenjillian12
userhelperi
sb8379
nmdonaTI
sofiterry
davong18_lawstuff